**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00966-AP

MICHAEL CANTWELL,

    Plaintiff,

    v.

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

Gregory J. Styduhar
125 West B Street
Pueblo, CO 1003
719-543-9591
greg@konciljaandkoncilja.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Kevin.Traskos@usdoj.gov

STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-0815
Stephanie.kiley@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

  **A.  Date Complaint Was Filed:** 04/12/2011
  **B.  Date Complaint Was Served on U.S. Attorney's Office:** 05/20/2011
  **C.  Date Answer and Administrative Record Were Filed:**   07/19/2011

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state that there are no other matters.

**8.  BRIEFING SCHEDULE**

  **A.  Plaintiffs Opening Brief Due:**        09/19/2011
  **B.  Defendant's Response Brief Due:**    10/19/2011
  **C.  Plaintiffs Reply Brief (If Any) Due:**  11/03/2011

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

  **A.  Plaintiffs Statement:** Plaintiff does not request oral argument
  **B.  Defendant's Statement:** Defendant does not request oral argument

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.      OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of August 2011.

                                                BY THE COURT:


                                                <u>*s/John L. Kane*</u>
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

s/ Gregory J. Styduhar
Gregory J. Styduhar
125 West B Street
Pueblo, CO 1003
719-543-9591
greg@konciljaandkoncilja.com

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Stephanie Lynn F. Kiley
STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.kiley@ssa.gov